IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEMAR MEBANE,<br>  Petitioner,<br><br>v.<br><br>R. IRWIN, Superintendent of SCI-Forest,<br>et al.,<br>  Respondents. | C.A. No. 24-913 Pittsburgh<br><br>District Judge Susan Paradise Baxter<br>Chief Magistrate Judge Richard A. Lanzillo |

## MEMORANDUM ORDER

This *pro se* action for habeas corpus relief was filed by Petitioner Lemar Mebane pursuant to 28 U.S.C. § 2254. At the time of filing, Petitioner was an inmate incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"), serving a sentence of imprisonment imposed by the Court of Common Pleas of Allegheny County, Pennsylvania. The petition was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his habeas petition, Petitioner asserts that his due process rights were violated on April 22, 2024, when his application for parole was denied. As relief, Petitioner requests that the Court "grant [him] parole and release him from custody immediately." (ECF No. 3, at p. 16). On April 23, 2025, Respondents filed a motion to dismiss, arguing that Petitioner's petition is moot because he was granted parole on April 16, 2025 [ECF No. 9].

On October 7, 2025, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Respondents' motion to dismiss be granted, that the instant petition be dismissed with prejudice, and that a Certificate of Appealability be denied

1

[ECF No. 16]. In particular, Judge Lanzillo concluded that "[b]ecause the Parole Board granted Petitioner parole, there is no longer any habeas relief that this Court can provide." (Id. at p. 4). Objections to the R&R were due to be filed by October 24, 2025; however, no objections have been received from Petitioner.

Thus, after *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 5th day of February, 2026,

IT IS HEREBY ORDERED that the Respondents' motion to dismiss [ECF No. 9] is GRANTED and the within petition for a writ of habeas corpus is DISMISSED, with prejudice, and that a Certificate of Appealability is DENIED.

IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, dated October 7, 2025 [ECF No. 16], is adopted as the opinion of this Court. As there are no further matters pending before the Court relative to the instant petition, the Clerk is directed to mark this case "CLOSED."

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
Chief United States Magistrate Judge

All parties of record